**1**
## A. L. SAUNDERS v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. November 13, 1925.)

No. 4424.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

D. B. Puryear, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court upon the second count reversed, and sentence vacated; affirmed as to the third count.

━━━━

**2**
## George SCHEINBERG and Moe Scheinberg, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. March 15, 1926.)

No. 237.

In Error to the District Court of the United States for the Southern District of New York.

George Wolf, of New York City (George Z. Medalie and Edward I. Kaplan, both of New York City, of counsel), for plaintiffs in error.

Emory R. Buckner, U. S. Atty., of New York City (Ben Herzberg and Bethuel M. Webster, Jr., Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed, on the authority of Cohen v. United States, 157 F. 651, 85 C. C. A. 113.

**3**
## Louis SILVERMAN v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4502.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Leonard S. Coyne, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, pursuant to motion of counsel for plaintiff in error.

See, also, 2 F.(2d) 716.

━━━━

**4**
## Sigfried SOMMERFELD v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4459.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Henry Du Laurence, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Judgment of the District Court reversed, and cause remanded, with directions to award a new trial.

━━━━

**5**
## STANDARD ELECTRIC STOVE CO. v. TOLEDO, ST. LOUIS & WESTERN RAILROAD COMPANY.

(Circuit Court of Appeals, Sixth Circuit. April 8, 1926.)

No. 4613.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

James Harrington Boyd and Boggs & Doty, all of Toledo, Ohio, for plaintiff in error.

H. A. Middleton, of Toledo, Ohio, for defendant in error.

PER CURIAM. Dismissed, for want of jurisdiction, on the authority of Camden Iron Works Co. v. Cincinnati (C. C. A. 6) 241 F. 846, 154 C. C. A. 548, and Veritas v. McLain, 4 F.(2d) 389.